The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WADE K. MARLER, DDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASPEN AMERICAN INSURANCE COMPANY,<br><br>Defendant. | No. 2:20-cv-00616-TSZ<br><br>ORDER GRANTING UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING RULING ON CONSOLIDATION AND TRANSFER BY JPML |

**ORDER**

The Court having examined and considered Plaintiff's Unopposed Motion for Stay of Proceedings Pending Ruling on Consolidation and Transfer by JPML,

**HEREBY ORDERS AND ADJUDGES THAT** this matter is STAYED in its entirety pending further order of the Court, including but not limited to (1) all scheduling deadlines pursuant to the Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Western District of Washington and this Honorable Court, (2) discovery, and (3) the deadline to answer or otherwise respond to Plaintiff's Complaint, pending a ruling by the JPML concerning the transfer of this action for inclusion in MDL No. 2942 for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

ORDER GRANTING MOT. FOR STAY - 1
(2:20-cv-00616-TSZ)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

The parties are DIRECTED to file a Joint Status Report within seven (7) days of any decision by the JPML, **or by August 28, 2020**, whichever occurs earlier.

**IT IS SO ORDERED.**

DATED this 1st day of July, 2020.

*[signature]*

Thomas S. Zilly
United States District Judge

Presented By:

DATED this _____ day of June, 2020.

**KELLER ROHRBACK L.L.P.**

By: *s/ Amy Williams-Derry*
    Lynn L. Sarko, WSBA #16569
    Amy Williams-Derry, WSBA #28711
    Ian S. Birk, WSBA #31431
    Gretchen Freeman Cappio, WSBA #29576
    Irene M. Hecht, WSBA #11063
    Nathan L. Nanfelt, WSBA #45273
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Fax: (206) 623-3384
    Email: ibirk@kellerrohrback.com
    Email: lsarko@kellerrohrback.com
    Email: awilliams-derry@kellerrohrback.com
    Email: gcappio@kellerrohrback.com
    Email: ihecht@kellerrohrback.com
    Email: nnanfelt@kellerrohrback.com

By: *s/ Alison Chase*
    Alison Chase, *pro hac vice forthcoming*
    801 Garden Street, Suite 301
    Santa Barbara, CA 93101
    Telephone: (805) 456-1496
    Fax: (805) 456-1497
    Email: achase@kellerrohrback.com

*Attorneys for Plaintiff and the Proposed Classes*

4841-8798-2272, v. 1
ORDER GRANTING MOT. FOR STAY - 2
(2:20-cv-00616-TSZ)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384