UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WADE K. MARLER, DDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASPEN AMERICAN INSURANCE COMPANY,<br><br>Defendant. | C20-616 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Judicial Panel on Multidistrict Litigation having denied transfer and consolidation of the action, the stay of this matter is hereby LIFTED, and this case is returned to active status.

(2) Pursuant to plaintiff's Status Report, docket no. 11, the parties are ORDERED to file a Joint Status Report within fourteen (14) days of the ruling on the *Hartford* Order to Show Cause, **or by October 23, 2020**, whichever occurs earlier.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of August, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1