Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WADE K. MARLER, DDS, individually and on behalf of all others similarly situated,<br><br>                                Plaintiff,<br><br>   v.<br><br>ASPEN AMERICAN INSURANCE COMPANY,<br><br>                             Defendant. | No.  2:20-cv-00616-BJR<br><br>STIPULATED MOTION AND ORDER ALLOWING PLAINTIFF TO RE-PLEAD |

Plaintiff Wade K. Marler, DDS and Defendant Aspen American Insurance Company stipulate that Plaintiff may file a second-amended complaint in the above-captioned matter.

WHEREAS:

1.      On April 22, 2020, Plaintiff filed a complaint to initiate the above-captioned action.  Dkt. 1.  On June 1, 2020, Plaintiff filed an amended complaint.  Dkt. 6.

2.      On July 1, 2020, Judge Zilly—formerly presiding over this action—stayed proceedings pending the ruling of the Judicial Panel on Multidistrict Litigation regarding consolidation and transfer of certain actions to the putative *In re COVID-19 Business*

STIPULATED MOTION AND ORDER ALLOWING PLAINTIFF
TO RE-PLEAD - 1
(2:20-CV-00616-BJR)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

*Interruption Insurance Litigation* MDL.  Dkt. 10.  On August 24, 2020, Judge Zilly lifted the stay.  Dkt. 12.

3.     On September 9, 2020, Defendant moved to dismiss Plaintiff's lawsuit for failure to state a claim upon which relief could be granted.  Dkt. 15.

4.     On September 17, 2020, this action was re-assigned to Judge Barbara J. Rothstein.  Dkt. 16.

5.     Also on September 17, 2020, counsel for Plaintiff and Defendant conferred telephonically.  Plaintiff indicated a desire to amend its complaint a second time.

6.     On September 21, 2020, Defendant told Plaintiff it would consent to Plaintiff's request to amend.

7.     Counsel for Plaintiff and Defendant are also meeting and conferring on Plaintiff's motion to consolidate for pretrial purposes all insurance coverage proposed class actions pending in this Court that seek business interruption losses related to COVID-19 and closure orders.  Plaintiff intends to file the motion to consolidate by Friday, September 25, 2020.

8.     The Parties represent that this stipulated motion is made in the interest of justice, not to delay the proceedings, and will not prejudice any party.

**IT IS HEREBY STIPULATED AND AGREED**, subject to the approval of the Court, that (1) Defendant's motion to dismiss, Dkt. 15, is hereby stricken as moot; (2) Plaintiff shall file a second amended complaint no later than October 6, 2020; and (3) Defendant shall have 14 days to answer, move, or otherwise respond to Plaintiff's second amended complaint, exclusive of the day of filing, unless the Court sets a different schedule.

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

The Parties respectfully request the Court to enter the accompanying Proposed Order granting the above-articulated stipulated agreement.

DATED this 23rd day of September, 2020.

KELLER ROHRBACK L.L.P.

By: *s/ Amy Williams-Derry*
By: *s/ Lynn L. Sarko*
By: *s/ Ian S. Birk*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Irene M. Hecht*
By: *s/ Maureen Falecki*
By: *s/ Nathan Nanfelt*
    Amy Williams-Derry, WSBA #28711
    Lynn L. Sarko, WSBA #16569
    Ian S. Birk, WSBA #31431
    Gretchen Freeman Cappio, WSBA #29576
    Irene M. Hecht, WSBA #11063
    Maureen Falecki, WSBA #18569
    Nathan Nanfelt, WSBA #45273
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Fax: (206) 623-3384
    Email: awilliams-derry@kellerrohrback.com
    Email: lsarko@kellerrohrback.com
    Email: ibirk@kellerrohrback.com
    Email: gcappio@kellerrohrback.com
    Email: ihecht@kellerrohrback.com
    Email: mfalecki@kellerrohrback.com
    Email: nnanfelt@kellerrohrback.com

By: *s/ Alison Chase*
    Alison Chase,
    *pro hac vice forthcoming*
    801 Garden Street, Suite 301
    Santa Barbara, CA 93101
    Telephone: (805) 456-1496
    Fax: (805) 456-1497
    Email: achase@kellerrohrback.com

***Attorneys for Plaintiff and the Proposed Class***

STIPULATED MOTION AND ORDER ALLOWING PLAINTIFF
TO RE-PLEAD - 3
(2:20-CV-00616-BJR)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

SIDLEY AUSTIN LLP

By: *s/ Robin Wechkin*
    Robin E. Wechkin WSBA No. 24746
    SIDLEY AUSTIN LLP
    1420 Fifth Avenue, Suite 1400
    Seattle, WA 98101
    Telephone:  (415) 391-1799
    rwechkin@sidley.com

    Yvette Ostolaza (*pro hac vice* forthcoming)
    Yolanda C. Garcia (*pro hac vice* forthcoming)
    SIDLEY AUSTIN LLP
    2021 McKinney Ave, Suite 2000
    Dallas, TX 75201
    Tel. 214-981-3401
    yvette.ostolaza@sidley.com
    ygarcia@sidley.com

***Attorneys for Defendant Aspen American Insurance Company***

STIPULATED MOTION AND ORDER ALLOWING PLAINTIFF
TO RE-PLEAD - 4
(2:20-CV-00616-BJR)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# ORDER

The Court has considered Plaintiff Wade K. Marler, DDS's and Defendant Aspen American Insurance Company's Stipulated Motion and [Proposed] Order Allowing Plaintiff to Re-Plead. The Court **HEREBY ORDERS** the following:

1. Defendant's motion to dismiss (Dkt. 15) is **STRICKEN AS MOOT**.

2. Plaintiff shall file a second amended complaint by October 6, 2020.

3. Defendant shall have 14 days to answer, move, or otherwise respond to Plaintiff's second amended complaint, exclusive of the day of filing, unless the Court sets a different schedule.

**IT IS SO ORDERED**.

Dated: September 24, 2020.

_____
Honorable Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER ALLOWING PLAINTIFF
TO RE-PLEAD - 5
(2:20-CV-00616-BJR)