THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WADE K. MARLER, DDS, *et al.*,

        Plaintiffs,

    v.

ASPEN AMERICAN INSURANCE
COMPANY,

        Defendant.

NO. 2:20-cv-00616-BJR

KARA MCCULLOCH DMD MSD PLLC, *et al.*,

        Plaintiffs,

    v.

VALLEY FORGE INSURANCE
COMPANY, *et al.*,

        Defendants.

NO. 2:20-cv-00809-BJR

ORDER GRANTING DEFENDANTS' MOTION TO FILE
OMNIBUS RESPONSE TO PLAINTIFFS' MOTION TO
CERTIFY(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-
cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-
00661-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR) - 1

CABALLERO,                                          NO. 3:20-cv-05437-BJR

           Plaintiff,

     v.

MASSACHUSETTS BAY INSURANCE
COMPANY,

           Defendant.

---

CHORAK, *et al.*,                                    NO. 2:20-CV-00627-BJR

           Plaintiffs,

     v.

HARTFORD CASUALTY INSURANCE
COMPANY, *et al.*,

           Defendants.

---

PACIFIC ENDODONTICS, P.C., *et al*,                  NO. 2:20-CV-00620-BJR

           Plaintiffs,

     v.

OHIO CASUALTY INSURANCE
COMPANY, *et al.*,

           Defendants.

ORDER GRANTING DEFENDANTS' MOTION TO FILE
OMNIBUS RESPONSE TO PLAINTIFFS' MOTION TO
CERTIFY(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-
cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-
00661-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR) - 2

1

2

| | |
|---|---|
| NGUYEN, *et al*, | NO. 2:20-cv-00597-BJR |
| Plaintiffs, | |
| v. | |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, *et al.*, | |
| Defendants. | |

3

4

5

6

7

| | |
|---|---|
| MARK GERMACK DDS, | NO. 2:20-cv-00661-BJR |
| Plaintiff, | |
| v. | |
| THE DENTISTS INSURANCE COMPANY, | |
| Defendants. | |

8

9

10

11

12

| | |
|---|---|
| LA COCINA DE OAXACA LLC, | NO. 2:20-CV-01176-BJR |
| Plaintiff, | |
| v. | |
| TRI-STATE INSURANCE COMPANY OF MINNESOTA, | |
| Defendant. | |

13

14

15

16

17

18

## **ORDER**

19

Having reviewed the Defendants' Unopposed Motion to File a Single Omnibus Response

20

to Plaintiffs' Motion to Certify Questions to the Washington State Supreme Court, and finding that

21

good cause exists for the relief requested, the Court hereby GRANTS the motion.

22

23

ORDER GRANTING DEFENDANTS' MOTION TO FILE
OMNIBUS RESPONSE TO PLAINTIFFS' MOTION TO
CERTIFY(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-
cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-
00661-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR) - 3

IT IS ORDERED that Defendants may file a single omnibus response brief limited to 30 pages in response to Plaintiffs' Motion to Certify Questions to the Washington Supreme Court.

DATED this 11th day of March, 2021.

Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' MOTION TO FILE
OMNIBUS RESPONSE TO PLAINTIFFS' MOTION TO
CERTIFY(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-
cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-
00661-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR) - 4