# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WADE K MARLER DDC, et al., <br><br> Plaintiffs, <br> v. <br><br> ASPEN AMERICAN INSURANCE COMPANY, <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NO. 2:20-cv-00616-BJR |

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

By Order of the Court, Aspen American's Motion to Dismiss Consolidated Class Action Complaint and Tabaraie Complaint, Dkt. No. 51, is GRANTED. This matter is DISMISSED with Prejudice.

DATED this 28th day of May 2021.

WILLIAM M. MCCOOL
Clerk of Court

/s/Michael Williams
Deputy Clerk